UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY KATHRYN ROTH, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CIVIL ACTION H-07-3259 |
| THE BOEING COMPANY, *et al.*, | § § § | |
| *Defendants*. | § § | |

## ORDER

On October 3, 2007 defendant The Boeing Company removed this case to the United States District Court, Southern District of Texas, Houston Division. On October 4, 2007 defendant filed a motion to transfer the case to the Brownsville Division due to a mistake in the electronic filing process resulting in the case being filed in the Houston Division rather than in the Brownsville Division. Defendant has corrected this error and properly re-filed electronically in the Brownsville Division under case number 1:07-CV-154. Therefore, this Court will construe defendant's motion to transfer as a voluntary dismissal of the Houston Division case.

It is therefore ORDERED that this case be DISMISSED without prejudice.

Signed at Houston, Texas on October 4, 2007.

_____
Gray H. Miller
United States District Judge